IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | : | Criminal No: |
| | : | |
| v. | : | MAGISTRATE NO. 07-180-M-01 |
| | : | |
| | : | <u>Violations</u>: |
| **ABRAHAM KHATIB**, | : | 18 U.S.C. § 875(c) |
| | : | (Interstate Communications) |
| Defendant | : | 18 U.S.C. § 112(b) |
| | : | (Threatening a Foreign Official) |

**I N D I C T M E N T**

The grand jury charges that:

**COUNT ONE**

On or about April 13, 2007, in the District of Columbia and elsewhere, the defendant **ABRAHAM KHATIB**, did knowingly transmit in interstate commerce, from the State of North Carolina to the District of Columbia, a telephone communication to the Israeli Embassy in Washington, D.C., which telephone communication contained a threat to injure and kill Israeli Ambassador to the United States Sallai Meridor, that is, he said, "I will kill the Ambassador."

   (**Interstate Communications**, in violation of Title 18, United States Code, Section 875(c)).

**COUNT TWO**

On or about April 13, 2007, within the District of Columbia and elsewhere, the defendant **ABRAHAM KHATIB**, knowingly and willfully did intimidate, coerce, threaten, and harass, and did attempt to intimidate, coerce, threaten and harass a foreign official, to wit, Israeli Ambassador to the United States Sallai Meridor, in the performance of his official duties.

    **(Threatening Foreign Official**, in violation of Title 18, United States Code, Section 112(b)).

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia