CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001

May 30, 2007

UNITED STATES OF AMERICA

V.   Criminal No. 07 CR 136

ABRAHAM KHATIB

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR: ARRAIGNMENT
DATE: THURSDAY, JUNE 7, 2007
TIME: 3:00PM
JUDGE: HENRY H. KENNEDY, JR.

COURTROOM: No. 27A - 6TH Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc: Chambers            By: TANYA JOHNSON
    File                     Deputy Clerk
    Courtroom Clerk

ABRAHAM KHATIB
AUSA BARBARA KITTAY