UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-136 (HHK) |
| v. | : | |
| ABRAHAM KHATIB, | : | **FILED** |
| Defendant. | : | JUN 0 7 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### O R D E R

This matter comes before the Court upon the application of the defendant to determine the competency of the defendant, pursuant to Title 18, United States Code, §4241(a). Upon consideration of the positions and arguments of both parties, and the record of this matter, and for good cause shown, it is hereby

ORDERED that the defendant is to be committed to the custody of the Attorney General for a reasonable period, not to exceed thirty (30) days, for placement in a suitable facility for the purpose of a mental health evaluation. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to ~~the court~~ *North Carolina* JS/HHK. The director of the facility may apply for a reasonable extension, not to exceed fifteen (15) days, upon a showing of good cause that such additional time is necessary to observe and evaluate the defendant and to issue a report. It is further

ORDERED that the defendant is to self-surrender either at the institution to be designated by the Bureau of Prisons (BoP) or to the United States Marshals Service (USMS), as follows: the

-2-

defendant is to contact the USMS no later than July 6, 2007, to ascertain the BoP designated facility at which his evaluation will be conducted, and will either report to that facility no later than Tuesday, July 10, 2007, or will surrender to the USMS on that date so that it can take him into custody and transport him to the designated facility.

SO ORDERED, this _____7th_____ day of June, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE