UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABRAHAM KHATIB,<br>                    Defendant. | Criminal 07-0136  (HHK) |

## O R D E R

Stephen M. Dewalt, Warden, has sought an extension of the time within which the evaluation of defendant Kahtib must be done, as reflected in his letter dated July 12, 2007, and docketed August 3, 2007.  This request is granted.

Accordingly, it is this 6th day of August, 2007, hereby

**ORDERED** that the evaluation ordered by this court on June 7, 2007, shall be completed by no later than August 24, 2007, and a report provided to the court by no later than September 21, 2007.

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge