IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.           ) | Cr. No. 07-136 (HHK) |
| ) | |
| ABRAHAM KHATIB,   ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**DEFENDANT'S MOTION TO CONTINUE OCTOBER 12, 2007 HEARING**

Defendant, Abraham Khatib, through counsel, respectfully submits this motion to continue the October 12, 2007 hearing in this matter.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. Mr. Khatib is currently scheduled for a hearing before the Court on **October 12, 2007**. The parties have agreed to a disposition of the case and Mr. Khatib intends on entering a plea at the next hearing in this matter.

2. Undersigned counsel is unexpectedly still in trial before Judge Friedman in United States v. Naegele, 05-151. The trial has gone longer than originally predicted.

3. Defense counsel is accordingly requesting that the October 12, 2007 hearing in this matter be continued until a date in November 2007.

4. Undersigned counsel attempted to contact the AUSA assigned to this case, Barbara Kittay, but was not successful (unfortunately undersigned counsel was not able to make this phone call until after hours). Undersigned counsel will contact Chambers as soon as he learns of the government's position on this Motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-136 (HHK) |
| ) | |
| ABRAHAM KHATIB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon the motion of Defendant Abrahim Khatib to continue the October 12, 2007 hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the hearing is now scheduled for

_____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE