UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.  07-136 (HHK) |
| | : | |
| v. | : | |
| | : | |
| ABRAHAM KHATIB, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## TO CONTINUE OCTOBER 12, 2007 HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the defendant's motion to continue the hearing currently scheduled for October 12, 2007, and states as follows:

1.  In June of 2007, this Court ordered that the defendant submit to a competency evaluation to determine his ability to participated in his defense of charges that he threatened to injure the Israeli Ambassador to the United States.  Thereafter, the parties were notified that the defendant is competent to proceed, *so long as he follows a prescribed course of anti-psychotic medication.*

2.  The Court set a status date of October 12, 2007, for review of the defendant's competency, and in the interim, the parties notified chambers that in light of the mental health findings, there would likely be a guilty plea entered on that date.

3.  The defendant's attorney, Assistant Federal Defender Jonathan Jeffress, has requested a continuance, because he expects to be still engaged in a different trial on that date.

-2-

4.  While the government certainly understands the need for a continuance, the government requests that the defendant appear with stand-in counsel on October 12, for the following purposes:

(a) to place on the record his position with respect to the finding of competency;

(b) to place on the record his position with respect to the Speedy Trial Act; and

(c) to respond to the letter dated October 2, 2007, sent by the United States Probation Office for the Eastern District of North Carolina, entitled, "Violation Report – Action Required."

5.  The government does not believe that the defendant's representation would be diminished if another attorney from the Office of the Federal Defender handles these matters.

WHEREFORE, the government requests that the defendant appear with stand-in counsel on October 12, 2007, and with all other matters addressed at that time, does not oppose the setting of a new date for trial, further status, or a plea hearing.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By:          /s/
_____
BARBARA E. KITTAY
Assistant U.S. Attorney
D.C. Bar Number 414216
United States Attorney's Office
555 Fourth Street, N.W. Rm. 4846
Washington, D.C.  20530
Tel. (202) 514-6940
Barbara.Kittay @usdoj.gov