IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-136 (HHK) |
| ) | |
| ABRAHAM KHATIB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR ONE DAY
CONTINUANCE OF OCTOBER 26, 2007 RULE 11HEARING**

Defendant, Abraham Khatib, through counsel, respectfully submits this motion to continue the October 26, 2007 Rule 11 hearing in this matter until anytime during the week of October 29, 2007.

In support of this Motion, undersigned counsel respectfully submits as follows:

1. At a status conference held in Court on October 12, 2007, the parties set **October 26, 2007** as the date for Mr. Khatib's Rule 11 plea hearing.

2. Mr. Khatib is 52 years old. He lives in Wilmington, North Carolina. Mr. Khatib suffers from a bad leg as a result of an injury to his knee. He depends on his 19-year old daughter for transportation, particularly for long trips such as the trip from Wilmington to Washington, D.C. Mr. Khatib is also currently suffering from the flu.

3. Mr. Khatib's daughter is currently a college student in North Carolina, and has a mid-term examination on October 29, 2007. Accordingly, she is not available on that day to drive Mr. Khatib to Washington, D.C.

4. Given the above circumstances, the defense is requesting a continuance of **one business day** so that Mr. Khatib will have available transportation to Washington, and also so he

can recover further from the flu.  Undersigned counsel is available anytime during the week of October 29, 2007.

    5.    Undersigned counsel contacted the AUSA assigned to this case, Barbara Kittay.  She opposes this motion for a one day continuance on the grounds that Mr. Khatib incurred positive tests for marijuana in September.  Mr. Khatib has admitted that he smokes marijuana occasionally because of the pain in his knee.  These positive tests do not appear to have repeated themselves after Mr. Khatib was warned by Pretrial Services and undersigned counsel to stop smoking marijuana.  Moreover, with due respect to the government, it is difficult to see why the brief continuance requested by the defense will inhibit the Court or the government from addressing this issue and all other issues in the case in an expeditious manner.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

Case 1:07-cr-00136-HHK    Document 12    Filed 10/24/2007    Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>ABRAHAM KHATIB, )<br>)<br>Defendant. )<br>_____ ) | Cr. No. 07-136 (HHK) |

**ORDER**

Upon the motion of Defendant Abrahim Khatib to continue the October 26, 2007 Rule 11 hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the hearing is now scheduled for

_____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE