```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :    Criminal No.  07-136 (HHK)
                               :
        v.                     :
                               :
ABRAHAM KHATIB,                :
                               :
        Defendant.             :
                               :
```

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
### TO CONTINUE OCTOBER 26, 2007 HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the defendant's motion to continue the hearing currently scheduled for October 26, 2007, and states as follows:

1. On October 12, 2007, the defendant failed to appear for a status hearing, apparently having been told by his attorney that he (the attorney) was unavailable and that therefore he (the defendant) need not appear. The government objected to the defendant's motion for a continuance on that date. The hearing was called and the defendant did not appear.

2. The defendant has not been before the Court since June of 2007, when the Court ordered that he submit to a competency evaluation to determine his ability to participated in his defense of charges that he threatened to injure the Israeli Ambassador to the United States. These charges are serious, and the government's concerns are heightened by the defendant's continuing mental health issues.

-2-

3. Yhe defendant self-reported to the Federal Medical Center at Lexington, Kentucky in July; thereafter the parties were notified that the defendant was and could remain competent to proceed if he were to follow a prescribed course of anti-psychotic medication.

4. Prior to the defendant's self-surrender, a Pre-Trial Services Officer in North Carolina, where the defendant is being supervised while on release, reported to Government counsel that the defendant had been testing positive for marijuana.  Government counsel advised the officer that the defendant was about to surrender to a Bureau of Prisons medical facility, where his treatment might succeed it putting him on a better course.  The government requested that the officer speak with and monitor the defendant upon his release, and that he might consider only reporting the violations if they continued after the defendant's hospitalization.

5. Subsequent to the defendant's release from the hospital, he resumed his marijuana usage, despite the admonitions of the Pre-Trial Services Officer and, apparently, his doctor at the Federal Medical Center.  As his attorney concedes, the defendant has admitted the violation.

6. The government is particularly concerned that this matter be addressed, in light of the defendant's extremely violent history, having once been found not guilty of attempted murder by reason of

-3-

insanity, and his continuing mental health issues. According to the most recent mental health report:

> "Mr. Khatib voiced an awareness of the need for him to take the appropriate medications regularly, as prescribed, and reported an improvement in his psychotic symptoms when he is medication compliant. He also expressed an awareness about the negative impact of marijuana on his functioning and how marijuana appears to exacerbate his mental health symptoms."

7. The government does not agree that a mid-term examination is sufficient reason for a continuance, particularly in light of the concerns about his mental health and the status of his medications. When the defendant was released to supervision, it was with the assurances that he would be available to appear in Court, in the District of Columbia, as required. It was not anticipated that his availability would be subject to a child's academic schedule.

8. In addition, the Court is still deprived of its ability to resolve very important issues -- just as it was after the defendant's unfortunate failure to appear for the last hearing -- which include a finding of competency and an appropriate waiver of rights under the Speedy Trial Act

9. The government remains available, at the Court's convenience. However, undersigned counsel is engaged in trial before the Honorable Gladys Kessler (in <u>United States</u> v. <u>Nelson Brockenborrugh</u>, 07-0078 (GK)), which will continue through Monday, October 29, 2007, and is likely to go to the jury sometime during that day.

-4-

WHEREFORE, the government requests that the Court deny the defendant's request for a continuance.

                            Respectfully Submitted,

                            JEFFREY A. TAYLOR
                            UNITED STATES ATTORNEY
                            D.C. Bar Number 498610

By:              /s/
                            _____
                            BARBARA E. KITTAY
                            Assistant U.S. Attorney
                            D.C. Bar Number 414216
                            United States Attorney's Office
                            555 Fourth Street, N.W. Rm. 4846
                            Washington, D.C.  20530
                            Tel. (202) 514-6940
                            Barbara.Kittay @usdoj.gov