CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal   07-136
)
Abraham Khatib )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Abraham Khatib_
Defendant

_[signature]_
Counsel for defendant

I consent:

_Barbara Lilley_
Asst. United States Attorney

Approved:

_[signature]_  11/8/07
Judge