UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-136 (HHK) |
| | : | |
| v. | : | |
| | : | **FILED** |
| ABRAHAM KHATIB, | : | |
| | : | NOV 0 8 2007 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through her attorney, hereby file this proposed statement of the evidence, in anticipation of the entry of a guilty plea:

1. On or about March 1, 2007, a security official of the Embassy of Israel, located at 3514 International Drive, N.W., Washington, D.C., reported that the Executive Assistant to the Ambassador had received a telephone call from number (910) 790-7996 (which she recorded from a caller-ID device), in which a male voice with a "Middle Eastern" accent stated, "You Jewish people stop messing with the demons, or I will kill the Ambassador." The caller repeated the threat and hung up. The Executive Assistant was familiar with the caller's voice and telephone number from several previous calls in 2007 that were non-threatening.

2. An officer of the United States Secret Service was familiar with the defendant, ABRAHAM KHATIB, DOB 08-24-1955, of Wilmington, North Carolina, who in September of 2006, had made several harassing

-2-

and threatening telephone calls to the Russian Embassy, complaining about the treatment of Iranians. On September 12, 2006, this affiant spoke with a person associated with the defendant, who advised that the defendant has a medical history of Schizophrenia, and often refuses to take prescribed medications.

3. Records of Southern Bell telephone confirm that the telephone number used to call the Israeli Embassy, (910) 790-7996, is Southern Bell telephone number, belonging to the defendant's wife, at 108 Dron Place, in Wilmington, N.C.

4. On March 1, 2007, after being contacted by the Embassy of Israel, the Secret Service officer called (910) 790-7996 and asked the male who answered to identify himself. The male stated in a loud voice that he is "Abraham" and demanded the identity of the officer, which he was given. The defendant then began complaining about "fucking Jews" and what he said was their treatment of Iranians, and "demons." When asked, he admitted that earlier that day, he had called the Embassy of Israel, had spoken with a woman, and had made threats to the Ambassador. He was told to stop contacting the Embassy of Israel.

5. On April 13, 2007, a State Department Special Agent (Protective Liaison) reported that the Embassy of Israel had received another threatening telephone call from number (910) 790-7996 (which an employee of the Embassy had recorded from a caller-ID device). The male caller, who spoke in what was described as a

-3-

"Middle Eastern" accent stated, "Motherfucker, I will kill the Ambassador, free Palestine and Fuck the Israeli Government." The caller repeated the threat several times and hung up.

6. Later that day, the same Secret Service Officer described above, called (910) 790-7996 and recognized the male who answered to be defendant KHATIB. The individual again confirmed that he was "Abraham" and again began complaining about Jewish people. He admitted that earlier that day, he had called the "Jewish Embassy" to complain, but denied making threats, claiming that he was misunderstood. He was again requested to stop contacting the Embassy of Israel.

7. A United States Secret Service Special Agent assigned to the Wilmington (N.C.) Field Office went to 108 Dron Place, in Wilmington, N.C. and spoke with the occupant, who identified himself as ABRAHAM KHATIB. Defendant KHATIB admitted to making phone calls to the Embassy of Israel in Washington, D.C., from his home in Wilmington, N.C., but denied that they were threatening.

Respectfully Submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar Number 498610

By: *Barbara Kittay*

BARBARA E. KITTAY
D.C. Bar Number 414216
Assistant U.S. Attorney
555 Fourth Street, N.W., Rm. 4846
Washington, D.C. 20530