## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 07-136 (HHK)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ABRAHAM KHATIB** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Bruce Hegyi, at telephone number 202-305-9637 and/or email address

Bruce.Hegyi@usa.usdoj.gov.  Bruce Hegyi will substitute for Assistant United States Barbara Kittay

as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney, Bar No. 498610

_____

Bruce Hegyi
Assistant United States Attorney
Federal Major Crimes, Bar No. 422741
555 4th Street, NW,  Room 4848
Washington, DC 20530
202-305-9637
Bruce.Hegyi@usa.usdoj.gov