HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-136-01</u> |
| --- | --- | --- |
| | : | |
| vs. | : | SSN: |
| | : | |
| Khatib, Abraham | : | Disclosure Date: <u>February 27, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____         _____
**Prosecuting Attorney**                                 **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____         _____ 3/12/08
**Defendant           Date**                       **Defense Counsel              Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 12, 2008**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Gennine A. Hagar, Chief
United States Probation Officer