IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-136 (HHK) |
| ) | |
| ABRAHAM KHATIB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ORDER RECOMMENDING
TRANSFER OF DEFENDANT TO CENTRAL TREATMENT FACILITY**

Defendant, Abraham Khatib, through counsel, respectfully moves this Court to enter the attached Order recommending that defendant be transferred to the Central Treatment Facility ("CTF"). On March 25, 2008, the Court sentenced Mr. Khatib to four months incarceration. Following the hearing, undersigned counsel learned that, under the circumstances of Mr. Khatib's sentence, he is very likely to serve all of his time here in Washington, D.C., and will not be transferred to a federal prison.

As the Court is aware, Mr. Khatib has serious mental health issues that can best be addressed at CTF, as opposed to the D.C. Jail. These issues include a regimen of antipsychotic medications that Mr. Khatib must receive in order to maintain his mental stability. Accordingly, the defense is respectfully requesting that the Court enter the attached Order recommending that Mr. Khatib be transferred to CTF. Undersigned counsel discussed this Motion with government counsel following yesterday's sentencing, and the government has no opposition to this Motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, Ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 07-136 (HHK) |
| ) | |
| **ABRAHAM KHATIB,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon the unopposed motion of Defendant Abraham Khatib, it is hereby

**RECOMMENDED** that

Defendant Khatib be transferred from the D.C. Jail to the Central Treatment Facility ("CTF").

**SO ORDERED** this _____ day of _____, 2008.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE