IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-136 (HHK) |
| ) | |
| ABRAHAM KHATIB, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FILED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon the unopposed motion of Defendant Abraham Khatib, it is hereby

**RECOMMENDED** that

Defendant Khatib be transferred from the D.C. Jail to the Central Treatment Facility ("CTF").

**SO ORDERED** this _27th_ day of _March_, 2008.

_Henry Kennedy, Jr._
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE