| PROB 22-DC (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* CR-07-00136-01 (HHK) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Abraham Khatib | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Henry H. Kennedy, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 5/30/2008 — TO 5/29/2009 |

OFFENSE

Threatening a Foreign Official {18 USC§112(b)}

FILED
AUG 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7/11/08_  
Date

_[signed] Henry Kennedy_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/15/08_  
Effective Date

_[signed] Louise W. Flanagan_  
United States District Judge